UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CANDY MARCUM,

    Plaintiff,

vs.

SCIOTO COUNTY, OHIO, *et al.*,

    Defendants.

Case No. 1:10-cv-790

Weber, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court pursuant to a telephonic status conference held April 27, 2012 before the undersigned magistrate judge. The Court is entering the following briefing schedule to address the parties' discovery dispute regarding the discoverability of third-party medical records in the possession of defendants:

1. Plaintiff shall file a motion to compel the requested documents addressing all issues raised during the status conference including, but not limited to, the privacy interests of third-parties, the probative value of the discovery sought, and methods of protecting the requested information, such as a protective order, on or before **May 4, 2012**;

2. Defendants' response briefs shall be filed on or before **May 18, 2012**;

3. Plaintiff's reply brief shall be filed on or before **May 25, 2012**;

4. A telephonic status conference will be held **June 6, 2012 at 10 a.m.**, following this Court's ruling on plaintiff's motion to compel at which time the undersigned will enter a new discovery schedule as needed.

**IT IS SO ORDERED.**

Date: 4/27/12

Karen L. Litkovitz
United States Magistrate Judge