UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Candy Marcum,
    Plaintiff(s),

v.                                                Case No.1:10cv790
                                                (J. Weber ; Litkovitz, M.J.)

Scioto County, Ohio, et al.,
    Defendant(s).

## ORDER

      This matter is before the Court on defendants' unopposed motion for leave to depose witnesses Michael Miller, and Michael Rideout (Doc. 30). For good cause shown, defendants are **Granted** such leave under the terms and conditions set by the Superintendent of the Ohio Penal Institution at which plaintiff is incarcerated, see Fed. R. Civ. P. 30(a), and on the following conditions:

1. Plaintiff be provided reasonable notice, at least ten (10) days in advance of the deposition, of the time and place for taking the deposition. Fed. R. Civ. P. 30(b)(1);

2. The appropriate institution be given at least ten (10) days advance notice of the deposition;

3. All aspects of the deposition must be transcribed and no discussions off the record may take place;

4. Plaintiff may object to any question; however, he must then answer the question. If his objection is valid, it will later be sustained by the Court and his answer stricken; and

5. All questioning must be conducted in a courteous and professional manner reflecting the atmosphere of a courtroom.

**IT SO ORDERED.**

_5/29/2012_
Date

awh    May 29, 2012

*Karen L. Litkovitz*
KAREN L. LITKOVITZ
U.S. Magistrate Judge